IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR AYALA | : | |
|     Petitioner, | | |
| v. | : | CIVIL ACTION<br>NO. 15-6720 |
| MARK GARMAN; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : | |
|     Respondents. | : | |

**ORDER**

AND NOW this 9th day of June 2017, upon careful and independent consideration of: Hector Ayala's Petition For Writ of Habeas Corpus (Doc. No. 1); the Response in Opposition thereto (Doc. No. 9); the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 12); Petitioner's Objections (Doc. No. 13); and, the Response to Petitioner's Objections (Doc. No. 16), it is hereby ORDERED as follows:

1. In accordance with this Court's accompanying Memorandum, Petitioner's Objections (Doc. No. 13) are OVERRULED;

2. The Report and Recommendation (Doc. No. 12) is APPROVED and ADOPTED;

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED;

4. Petitioner's request for an evidentiary hearing is DENIED;

5. A Certificate of Appealability shall NOT ISSUE; and,

6. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II  J.